Daniel K. Calisher (State Bar No. 181821)
calisher@fostergraham.com
David S. Canter (State Bar No. 144289)
dcanter@fostergraham.com
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Facsimile: 303-333-9786

*Attorneys for Plaintiff*
*LEHMAN BROTHERS HOLDINGS, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.<br><br>Plaintiff,<br>vs.<br><br>MASON McDUFFIE MORTGAGE CORPORATION<br><br>Defendant. | CASE NO. 12-5132 MEJ<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT)**<br><br>Hearing Date: December 6, 2012<br>Hearing Time: 10:00 a.m.<br><br>New Hearing Date: January 24, 2013<br>New Hearing Time: 10:00 a.m. |

Plaintiff, Lehman Brothers Holdings, Inc. ("LBHI"), and Defendant, Mason McDuffie Mortgage Corporation ("Mason"), by their respective undersigned counsels and pursuant to Fed. R. Civ. P. 6 and L.R. 6-2, hereby stipulate and request an order changing the time for hearing on Mason's motion to dismiss LBHI's complaint and associated briefing schedule, as follows:

Hearing: January 24, 2013 at 10:00 a.m.
Responses: December 3, 2012
Replies: December 17, 2012

1. The foregoing time changes are necessary to accommodate undersigned counsels' current press of business and to allow counsel for both sides sufficient time to analyze the issues raised and to prepare their respective briefs.

2. No previous time modifications have been made in this case, either by stipulation or court order.

3. This case is in its infancy and thus the foregoing requested time modification will not adversely impact the schedule for the case.

WHEREFORE, LBHI respectfully requests the Court grant this Stipulated Request. LBHI requests any and all other relief this Court deems just and proper.

DATED this 14th day of November, 2012.

FOSTER GRAHAM MILSTEIN
& CALISHER, LLP

    /s/ Daniel K. Calisher
Daniel K. Calisher
*Attorneys for Plaintiff*
*Lehman Brothers Holdings, Inc.*

AMERICAN MORTGAGE LAW GROUP, P.C.

    /s/ James W. Brody
James W. Brody
*Attorneys for Defendant*
*Mason McDuffie Mortgage Corporation*

DATED: November 15, 2012

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

## STATE OF COLORADO, CITY & COUNTY OF DENVER

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years old and not a party to the within action, my business address is 621 Seventeenth Street, 19th Floor, Denver, Colorado 80293.

On the below date, I served a copy of the **STIPULATED REQUEST FOR ORDER CHANGING TIME (HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS COMPLAINT)** as follows:

James W. Brody
American Mortgage Law Group, P.C.
75 Rowland Way, Suite 350
Novato, California 94945
*Attorneys for Defendant Mason McDuffie Mortgage Corporation*

**(BY MAIL)**

I deposited such envelope in the mail at Denver, Colorado. The envelope was mailed with postage thereof fully prepaid.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Denver, Colorado, in the ordinary course of such business.

**X   (BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system

**(BY ELECTRONIC MAIL)**
On the below date prior to 5:00 p.m., PST, I transmitted the foregoing document(s) by electronic mail, and the transmission was reported as complete and without error. A true and correct copy of the electronic transmission is attached to this declaration. This method was made pursuant to the agreement of counsel.

**(BY FACSIMILE)**
One the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to Rule 2.306(3)(4), I caused the machine to print a transmission record of the transmission.

**(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and proceeding of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on the same date with postage thereon fully prepared at Denver,

Colorado in the ordinary course of business.  I am aware that on motion of the party service, service is presumed invalid if delivery by Federal Express is more than one day after the date of deposit with Federal Express.  Executed on the below date, at Denver, Colorado.

**(BY PERSONAL SERVICE)**
I caused to be delivered such envelope by hand to the addressee noted above. Executed on the below date at Denver, Colorado.

**X      (FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2012, at Denver, Colorado.

*s/ Daniel K. Calisher*