# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MASON McDUFFIE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO.: 3:12-cv-05132-MEJ<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**ORDER**

The Court has considered the Stipulation For Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and for good cause appearing, approves the Stipulation of the parties. The Court dismisses all claims in the above action, with prejudice.

DATED __June 11__, 2013.

_____
Maria-Elena James
Chief United States Magistrate Judge